# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COURTNEY A. DAIGRE,
INDIVIDUALLY, AND ON BEHALF
OF HIS MINOR CHILD, C.D.

NO.  2024 CW 1006

VERSUS

DARRIUS NORWOOD, DAATS
COMPANIES, INC. AND WESCO
INSURANCE

**JANUARY 29, 2025**

---

In Re:    DAATS Companies, Inc., and Wesco Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 735498.

---

BEFORE:   **LANIER, WOLFE, HESTER, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court's ruling granting the "Motion for Partial Summary Judgment Re: Liability" filed by the plaintiff, Courtney A. Daigre, individually and on behalf of his minor child, C.D., is reversed. The trial court erred in failing to consider the opposition of defendants, DAATS Companies, Inc. and Wesco Insurance Agency, as untimely. The hearing on the Motion for Partial Summary Judgment was set for September 16, 2024, making the deadline to file the opposition Sunday, September 1, 2024. See La. Code Civ. P. art. 966(B)(2). Sunday is a legal holiday, and the next day, Labor Day, Monday, September 2, 2024, also was a legal holiday. See La. R.S. 1:55(A)(1). Where the opposition was filed on Tuesday, September 3, 2024, which was the next day that was not a legal holiday, it was timely. See La. Code Civ. P. art. 966(B)(4); La. Civ Code art. 5059. In this matter involving a rear-end collision, the countervailing affidavit of defendant, Darrius Norwood ("Norwood"), filed with the opposition raises a genuine issue of material fact as to whether the plaintiff negligently created a hazard that could not reasonably have been avoided and, thus, whether Norwood breached his duty, precluding summary judgment herein. Accordingly, the "Motion for Partial Summary Judgment Re: Liability" is denied.

**WIL**
**CHH**
**SMM**
**HG**

Wolfe, J., dissents and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT